United States Courts
Southern District of Texas
FILED

OCT 22 2020

David J. Bradley
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NUMBER: |
| WILLIAM BRANDON MOTT | § § § | **C-20-1128** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about September 23, 2020, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

WILLIAM BRANDON MOTT,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than one (1) kilogram of a mixture or substance containing a detectable amount of heroin, that is, approximately two and fifty-six hundredths (2.56) kilograms (gross weight) of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT TWO

On or about September 23, 2020, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

WILLIAM BRANDON MOTT,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than five (5) kilograms of a mixture or substance containing a detectable amount of cocaine, approximately five and seventy-eight hundredths (5.78) kilograms (gross weight) of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
CHRISTOPHER MARIN
Assistant United States Attorney